UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

DENISE CRUMWELL,

                        Plaintiff,                    21 Civ. 7690 (JGK)

        - against -                                   ORDER

GOLD COAST CREATIONS, INC.,
                        Defendant.

_____

JOHN G. KOELTL, District Judge:

        The conference scheduled for December 2, 2021 is canceled.


SO ORDERED.


Dated:    New York, New York
          November 29, 2021

                                        John G. Koeltl
                                  United States District Judge