UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DENISE CRUMWELL, on behalf Of herself and all oher persons similarly situated,

                      Plaintiff,

-v-

GOLD COAST CREATIONS, INC.,

                      Defendant.

CIVIL ACTION NO.: 21 Civ. 7690 (JGK) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On March 28, 2022, Plaintiff requested a discovery conference regarding her request for an order compelling Defendant to provide outstanding written discovery or, in the alternative, striking Defendant's Answer or precluding Defendant from offering any evidence at trial. (ECF No. 15). On March 30, 2022, the Court granted Plaintiff's request, scheduled a discovery conference for April 21, 2022, and directed Defendant to file a response by March 31, 2022. (ECF No. 17 (the "Mar. 30, 2022 Order")). To date, Defendant has neither filed a response in compliance with the Mar. 30 Order, nor requested an extension of the deadline to do so. As a one-time courtesy, the Court sua sponte extends this deadline, and directs Defendant to file a response by **April 15, 2022**. Defendant is warned that failure to file a response could result in the award of the relief Plaintiff seeks. See Fed. R. Civ. P. 37; Adams v. City of New York, No. 15CV5144 (WFK) (RER), 2018 WL 735514, at *2 (E.D.N.Y. Jan. 11, 2018).

Dated:     New York, New York
            April 14, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**