UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DENISE CRUMWELL, on behalf of herself and all other persons similarly situated,

                Plaintiff,

-v-

GOLD COAST CREATIONS, INC.,

                Defendants.

CIVIL ACTION NO.: 21 Civ. 7690 (JGK) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties having advised the Court that they have reached a settlement in principle (ECF No. 21), the settlement conference scheduled for Wednesday, May 18, 2022 at 10:00 am is hereby CANCELLED.

Dated:    New York, New York
           May 13, 2022

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
United States Magistrate Judge